United States District Court
Southern District of Texas
**ENTERED**
October 19, 2016
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| ALLIED WORLD ASSURANCE COMPANY (U.S.), INC.; and ALLIED WORLD NATIONAL ASSURANCE COMPANY, § § § § § § § § § § § § § § § Plaintiffs, vs. ACE AMERICAN INSURANCE COMPANY, *et al.* Defendant. | CIVIL ACTION NO. 4:15-cv-3205 |

## ORDER

Came on for consideration on this date the unopposed motion of defendants ACE American Insurance Company and Indemnity Insurance Company of North America to extend the deadlines set out in the court's docket minute entry of July 12, 2016, which is granted. It is, accordingly, ORDERED that defendants' responses to the motions for summary judgment on the duty to defend be filed by no later than November 7, 2016, the plaintiffs' responses to same by no later than November 28, 2016, and the defendants' replies by no later than December 5, 2016. Moreover, it is ORDERED that the parties schedule and complete mediation by no later than January 9, 2017. The oral hearing on the motions for summary judgment on the duty to defend is reset to **January 31, 2017, at 9:00 a.m.**

SIGNED on October 19, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge